1  David E Gilliam
   1100 Bolton st #1320
2  Baltimore, MD, 21201
   4439001293

3

4

5

6  David E Gilliam,                )
                                   )
7            Plaintiff,            )
                                   )
8       vs.                        )
   LIFEBRIDGE HEALTH Inc.          )
9  2401 W Belvedere Avenue         )
   Baltimore, Maryland 21215       )
10                                 )
             Defendant             )         Case: 24-C-15-003335
11                                 )         CV File New
                                   )                          $80.00
12 _____)         MLSC
                                                              $55.00
13 Dated: __6/24/2015_____.              TOTAL           $135.00

14                                            Receipt #201500015506
                                              Cashier: REJ CCBCX82
15                                            06/24/15   1:37pm

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 3

Complaint

I David E Gilliam would like to formally file suit against LifeBridge Health for the amount $750,000 on the basis of negligence, discrimination, Lost of wages, slander and emotional distress based of the fact below.

As the Claimant, I take this complaint very seriously due to the hard work I've put in to strive for better in going to school to obtain the licenses and most of all taking the proper steps in trying to clean up my Criminal history a side from the "Ban the box" legislation; to gain the respect and to be treated fairly by all employers, and equitably.

As the Claimant I applied for the position of Nursing Technician on 2/7/14 and was offered the position to begin on 3/17/14. On the application, it clearly states that if you have a judgment of "probation before judgment" or "nolo contendere', you need to indicate a conviction on the application. A conviction does not necessarily bar an applicant for employment; however, not being truthful on the application does bar an applicant from employment.

At the time of the offer, as the Claimant I stated to the HR Business Partner making the offer that some "stuff' may show up on my background". I explain " I did not know what may show up due to me not knowing how the agencies report their information. I then opened up to the HR Business Partner about various charges that I have received in incidents that have occurred and also explained that they also resulted in not Guilty and nolo contendere. I also left the HR Business Partner my past employer information University of MD Medical Center (UMMC) as a reference to me being employed in their medical institution with the background that I do have for a year and six month. I also stated that "Me and the HR Business Partners (in which at the time were African American) at UMMC had a conversation with me about the things on my background in which I was truthful with them about as I was being truthful with the HR Business Partner at Northwest. The HR Business Partner then stated "Well when the Criminal history report come back she would get in touch with me and the position wouldn't be guaranteed"!

On March 15 2014, as the Claimant I was notified that the background check report indicating that I had two convictions of Guilty and therefore I falsified the application. As the Claimant I stated that this information was incorrect and that I was working with a student lawyer and I could provide them with the correct information immediately in which I did with a letter and a background check through live scan from the student attorney explaining their misinterpretation of what these dispositions mean, with the okay from his Professor to write the letter in supporting my reasoning in selecting No that I have no convictions. The HR Business Partner apologized that she had to rescind the offer based on the information provided as well how the application was completed.

As the Complainant I contacted the vendor, Private Eyes, to request, my background check be corrected and resent. In the mist of contacting the vendor as well. I had the opportunity to ask the vendor why do they report outdated information after reading them the correct case numbers that were in dispute of them reporting the false information. I received three different answers from the vendor, the first respond was that the court system in Maryland has outdated information in which is false because I had a fingerprint background check done and those disposition in question don't pop up on the report. Then on another conversation with a young lady I spoke with from Private Eyes told me she couldn't explain why they are not reporting accurate information with a brief silence before answering. I then explained to them that they have defamed me and cost me a job. Then when I talk to the vendors Vice President she apologized about the incorrect information then

asked "What did I want report( )n my background check". That's when on ( ) 4/25/14 Northwest received a different copy that only included the theft of less than $100 and it references Circuit Court versus District Court. In which Circuit Court supersedes District Court. The disposition was PBJ. As again, the HR Business Partner pointed out the application clearly states that you must declare a •"yes" if this is the case. As such this is still viewed as a falsification of the application. I then also pointed out again what the Maryland law states what a PBJ is and a Nolle Process in results in not guilty.

If in fact the Hospital is aware of and supports the "ban the box" legislation, why is this question on the application, especially when someone with my circumstances is well qualified and meet the standards of the unit manager in which is interviewing for the best candidate in which I was that candidate with the Unit Manager stating "Usually when she wants to hire someone she gets them" after having a great interview with her.

As the Complainant, I believe I should have retained the position as to being honest, up front about my background check and being the best qualified candidate for the position. I also believe that the question being asked about one's background should be more defined, so that there is no misunderstanding on either parties end in which I understood perfectly through me reading legal information from various sites such as EEOC, having conversations with my students attorney at the time, as well as the students attorneys Professor in which teaches the law and has written letters in my support in which I can provide as evidence of my rigorous research as etterated before being the best candidate for the position applied for at the time.

*[Signature]*

6/26/15